UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ISAAC HARRIS,

    Plaintiff,

v.

ROSALIE BATTLE,

    Defendant.

Case No. 1:12-cv-940

Spiegel, J.
Bowman, M.J.

## ORDER

Plaintiff Isaac Harris, proceeding *pro se*, filed a prisoner civil rights complaint against the Defendant pursuant to 42 U.S.C. § 1983. (Doc. 1). By Report and Recommendation fled this same day, the undersigned magistrate judge has recommended that the Defendant's motion for summary judgment be granted, based upon Plaintiff's failure to exhaust the prison grievance procedures available to him.

Several non-dispositive motions have been filed by both parties. In light of the recommended disposition of this case, **IT IS ORDERED THAT**:

1. Defendant's amended motion to strike (Doc. 14) be **DENIED**;

2. Defendant's motion to stay discovery (Doc. 15) be **GRANTED**; and

3. Plaintiff's motion for the following discoveries and proper motions [sic] (Doc. 18) be **DENIED**.

    *s/Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge