UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ISAAC HARRIS, | : | NO. 1:12-CV-00940 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| ROSALIE BATTLE, | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's September 25, 2013 Report and Recommendation (doc. 23). Proper notice was provided to the parties under 28 U.S.C. § 636(b)(1)(C), including the advice that they would waive further appeal if they failed to file an objection to said Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). To date, no objections have been filed.[1]

---

[1] In this regard we note that an "Acknowledgment of Service" was signed on Plaintiff's behalf by one "Jason Selzer" on September 30, 2013 and docketed by the Clerk two days later (doc. 25).

Having reviewed this matter pursuant to 28 U.S.C. § 636(b)(1), the Court concludes that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct. Accordingly, the Court ACCEPTS, ADOPTS and AFFIRMS it in all respects, GRANTS Defendant Battle's First Motion for Summary Judgment (doc. 17), and DIRECTS the Clerk to close this matter on the docket.

SO ORDERED.


Dated:   October 23, 2013   s/S. Arthur Spiegel_____
                            S. Arthur Spiegel
                            United States Senior District Judge